# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRIAN C. MOORE,

            Appellant

        v.

PENNSYLVANIA PAROLE BOARD,
PENNSYLVANIA ATTORNEY GENERAL,
GLORIA BURDA SCI-MAHANOY,
MICHELLE L. MCGEE SCI-MAHANOY,
AND MICHAEL D. SCHMID SCI-COAL
TOWNSHIP,

            Appellees

: No. 30 WAP 2024
:
:
: Appeal from the Order entered
: August 16, 2024, of the
: Commonwealth Court at No. 223
: MD 2023.

## ORDER

**PER CURIAM**　　　　　　　　　　　**DECIDED: OCTOBER 23, 2025**

      **AND NOW,** this 23rd day of October, 2025, the order of the Commonwealth Court is **AFFIRMED**.